JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BURTON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No.: CV 91-1652 AHM<br>**DEATH PENALTY CASE**<br>JUDGMENT |

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Claim One of the the First Amended Petition for Writ of Habeas Corpus in the case of *People of the State of California v. Andre Burton*, Case No. A-026664 of the Superior Court of State of California in and for the County of Los Angeles is GRANTED as follows:

　　　Claim One of the First Amended Petition for Writ of Habeas Corpus for violation of Petitioner's right to self-representation under *Faretta v. California*, 422 U.S. 806 (1975) is hereby GRANTED.  The violation of Petitioner's right to self-representation is structural error.  *United States v. Gonzalez-Lopez*, 848 U.S. 140, 148-49 (2006).   For this reason, the conviction and sentence of death shall be VACATED.  Further, because the violation of Petitioner's right to self-

1  representation constitutes structural error, the Court need not consider the merits of
2  the remaining claims in the First Amended Petition for Writ of Habeas Corpus.
3  Those claims are therefore DISMISSED WITHOUT PREJUDICE.
4       IT IS FURTHER ORDERED that the State of California shall, within 120
5  days from the date of entry of this Judgment, either release Petitioner from custody
6  or grant him a new trial.

8  **IT IS SO ORDERED.**     Dated this 28th day of January 2013

                                                   A. HOWARD MATZ
                              SENIOR UNITED STATES DISTRICT JUDGE

JS-6